IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00329-PAB-KLM

RONALD J. NAGIM,

    Plaintiff,

v.

JANET NAPOLITANO, in her official capacity as Secretary of the Department of Homeland Security, and
ERIC HOLDER, JR., in his official capacity as Attorney General of the United States,

    Defendants.
_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **"Motion for Rule 61 Harmless Error" and/or "Plaintiff [sic] Request From the Court in Respect to Rule 61 Harmless Error"** [Docket No. 18; Filed June 18, 2010] (the "Motion"). As a preliminary matter, despite prior defects in service, counsel for Defendants has entered his appearance [Docket No. 14]. As such, all motions filed by Plaintiff must comply with D.COLO.LCivR 7.1A. and certify that he conferred with Defendants by indicating whether they are opposed to the relief requested. The Motion does not contain a Local Rule 7.1A. certification and is subject to denial on this basis alone.

    Further, the Motion, which appears to raise issues related to prior service deficiencies, is unclear. Whether Plaintiff has, in fact, properly served Defendants is not before the Court at this time. To the extent that service deficiencies remain, Defendants are free to raise those prior to, or in conjunction with, their response to Plaintiff's Complaint due on August 16, 2010. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

    Dated: June 21, 2010