IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00329-PAB-KLM

RONALD J. NAGIM,

    Plaintiff,

v.

JANET NAPOLITANO, in her official capacity as Secretary of the Department of Homeland Security, and
ERIC HOLDER, JR., in his official capacity as Attorney General of the United States,

    Defendants.
_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Stay of Proceedings to Enforce Judgment** [Docket No. 27; Filed September 7, 2010] (the "Motion"). The Court notes that the Motion is similar to ones filed by Plaintiff in two of his three pending cases before this Court: 10-cv-00328-PAB-KLM [#77], 10-cv-01925-REB-KLM [#40]. The Motion, which is largely unintelligible, does not contain a certification that it was served upon Defendants as required by D.C.COLO.LCivR 5.1G. (requiring certificate of service that the motion was served upon opposing party). Despite the fact that Plaintiff is proceeding *pro se*, he is required to comply with the rules of this Court. *Green v. Dorell*, 969 F.2d 915, 917 (10th Cir. 1992). The Motion is subject to denial on this basis alone. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**. All future motions filed by Plaintiff must comply with the Federal and Local Rules of Civil Procedure. In addition, the Court notes that the legal basis for the Motion is unclear. The Court also notes that a Motion to Dismiss is pending in this case which may resolve the matter prior to the setting of case deadlines [Docket No. 24]. Plaintiff has responded to the motion [Docket No. 26]. Accordingly,

    IT IS HEREBY **ORDERED** that **Plaintiff shall not file any additional pleadings until the Court issues a recommendation on the pending Motion to Dismiss. Any pleadings filed in violation of this Order shall be stricken**.

    Dated: September 8, 2010