IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00329-PAB-KLM

RONALD J. NAGIM,

      Plaintiff,

v.

JANET NAPOLITANO, in her official capacity as Secretary of the Department of Homeland
Security, and
ERIC HOLDER, JR., in his official capacity as Attorney General of the United States,

      Defendants.

_____

## MINUTE ORDER
_____

## ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

      This matter is before the Court on Plaintiff's **Motion to Complain to Court of
Intellectual Dishonesty** [Docket No. 43; Filed January 24, 2011] (the "Motion").  The
Motion is unintelligible in violation of D.C.COLO.LCivR 7.1H.  Furthermore, on January 21,
2011, the Court issued an Order prohibiting Plaintiff, who is proceeding *pro se*, from filing
any pleadings until resolution of the outstanding Recommendation to dismiss his case
[Docket No. 42].  Accordingly,

      IT IS HEREBY **ORDERED** that the Motion is **STRICKEN** pursuant to Local Rule
7.1H. and my prior Order.

      Dated:  January 24, 2011